AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR LEE GARRISON,<br><br>                    Plaintiff,<br><br>vs.<br><br>NAUGHTON, *et al.*,<br><br>                    Defendants. | Case No. 3:19-cv-00308-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Arthur Lee Garrison, appearing *pro se*, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///

1

1  This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court
2  settlement between the parties. Pursuant to the terms of the Settlement Agreement and
3  Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

5  DATED this __11__ day of November, 2020.     DATED this __10th__ day of November, 2020.

   AARON D. FORD
   Attorney General

   By: _____           By: _____
   ARTHUR LEE GARRISON                     DOIUGLAS R. RANDS
   Plaintiff, Pro Se                       Senior Deputy Attorney General

   Attorneys for Defendants

   IT IS SO ORDERED

   _____
   U.S. DISTRICT JUDGE
   DATED: 11/12/2020