# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARTHUR LEE GARRISON, | Case No. 3:19-CV-0308-MMD-CLB |
| Plaintiff, | **ORDER RE DISMISSED CASE** |
| v. | |
| NAUGHTEN, *et al.*, | |
| Defendants. | |

Plaintiff Arthur Lee Garrison filed a document with this Court concerning his ongoing medical issues. (ECF No. 37.)

On August 26, 2020, the parties entered into a binding settlement agreement to resolve this case. (ECF No. 29.) The binding terms of that settlement were placed on the record following the settlement conference. (*Id.*) On November 10, 2020, the parties filed a stipulation to dismiss this case with prejudice. (ECF No. 32.) The stipulation was granted by the Court and this case was dismissed, with prejudice on November 12, 2020. (ECF No. 33.) Thereafter, the Court held two status conferences to ensure the terms of the settlement were performed. (*See* ECF Nos. 30, 31.)

On April 30, 2021, Garrison filed a document which the Court construed as a motion to enforce settlement. (ECF No. 35.) The Court denied Garrison's motion and advised Garrison that if he "believes a breach of contract [of the settlement agreement] has occurred, he may choose to file an action in state court." (ECF No. 36.)

Garrison has now filed a document which appears to concern either ongoing or new medical claims. (ECF No. 37.) This case is closed and will not be reopened. The time to file an appeal has passed. To the extent Garrison is arguing new medical claims he may proceed by filing a complaint to open a new action. If Garrison is attempting to argue that Defendants breached the settlement agreement, he may file an action in state court.

1  No further filings will be accepted in this closed case.

2  **IT IS SO ORDERED.**

3  DATED: October 18, 2021

_____
**UNITED STATES MAGISTRATE JUDGE**